UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAISY GOMEZ,<br><br>    Plaintiff<br><br>v.<br><br>MV TRANSPORTATION, INC.,<br><br>    Defendant | Case No.: 2:25-cv-01013-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant MV Transportation, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify MV Transportation's citizenship as required by that rule.

I FURTHER ORDER defendant MV Transportation, Inc. to file a proper certificate of interested parties by June 26, 2025.

DATED this 12th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE