# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAISY GOMEZ,<br><br>  Plaintiff<br><br>v.<br><br>MV TRANSPORTATION, INC.,<br><br>  Defendant | Case No.: 2:25-cv-01013-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Daisy Gomez's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 9, 2025.

DATED this 25th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE