**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| DAISY GOMEZ,<br><br>        Plaintiff<br><br>v.<br><br>MV TRANSPORTATION, INC.,<br><br>        Defendant | Case No.: 2:25-cv-01013-APG-EJY<br><br>**Order Rejecting Proposed Joint Pretrial Order**<br><br>[ECF No. 19] |

The parties' proposed Joint Pretrial Order (ECF No. 19) does not comply with Local Rules 16-3 and 16-4.  In their respective exhibit lists, each party lists "[a]ll documents identified during discovery by any parties." ECF No. 19 at 6, 8.  Local Rule 16-3(b)(8) requires parties to "describe the exhibits sufficiently for ready identification . . . ."  Generically identifying "all documents" violates this rule.

The plaintiff claims "[d]emonstrative exhibits are substantive evidence to be admitted for the jury's consideration during deliberations." ECF No. 19 at 6.  That is a misstatement of the law.  Such exhibits are "not evidence and must not be provided to the jury during deliberations unless" stipulated to by the parties or ordered by the court. Fed. R. Evid. 107(b).

Both parties attempt to "reserve[] the right to object to any and all of the opposing party's exhibits, including, but not necessarily limited to, any prior objections to the untimely production of evidence, as well as the subject matter of their motions in limine."  There is no such right to reserve.  Objections must be listed in the proposed pretrial order. LR 16-3(b)(8(B).

Both parties identify many medical and billing records as proposed exhibits and custodians of those records as witnesses.  Local Rule 16-3(b)(8(B) states that "[s]tipulations on admissibility, authenticity, and/or identification of documents should be made whenever

possible." Unless there truly are problems with authentication or foundation, the parties should, at a minimum, stipulate to that in order to reduce the number of witnesses needed at trial.

Local Rule 16-4 requires the parties to provide an estimate of the length of trial. The proposed pretrial order does not include that.

I THEREFORE ORDER that the parties' Joint Pretrial Order (**ECF No. 19) is REJECTED.** The parties shall confer as required in Local Rule 16-3 and submit a Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by March 27, 2026.

DATED this 6th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE