**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
bondsk@hallevans.com
JULIE L. SANPEI, ESQ.
Nevada Bar No. 5479
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Mv Transportation, Inc*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DAISY GOMEZ, individually;

Plaintiff,

v.

DOE DRIVER, individually; MV TRANSPORTATION, INC., a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,

Defendants.

CASE NO.: 2:25-cv-01013-APG-EJY

[District Court, Clark County, Case No. A-25-919730-C, Dept No. 29]

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants MV TRANSPORTATION, INC. ("Defendant"), by and through counsel, the law firm of HALL & EVANS, LLC; and Plaintiff, DAISY GOMEZ ("Plaintiff"), by and through counsel, DIMOPOULOS INJURY LAW, that the within claims and causes of action asserted by Plaintiff

///

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

against Defendant be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 11th day of August, 2026.

HALL & EVANS, LLC

/s/ Kurt Bonds

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
JULIE L. SANPEI, ESQ.
Nevada Bar No. 5479
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants*

Dated this 11th day of August, 2026.

DIMOPOULOS INJURY LAW

JUSTIN ZARCONE, ESQ.
Nevada Bar No. 8735
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

**ORDER**

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED that the claims and causes of action asserted against Defendant MV TRANSPORTATION, INC., are hereby dismissed, with prejudice, each party to bear their own fees and costs.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 17, 2026

Submitted by:

HALL & EVANS, LLC

/s/Kurt Bonds

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
JULIE SANPEI, ESQ.
Nevada Bar No. 5479
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendants*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022